IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02637-BNB

JAVIER JOVEL,

        Plaintiff,

v.

D. BERKEBILE, Warden,
T. HALL, Assistant Warden,
F. CORDOVA, Chief Medical Staff, and
A. OSAGIE, Physician Assistant

        Defendants.

---

## ORDER DRAWING CASE

---

        After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.2D.  Accordingly, it is

        ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

        DATED October 9, 2013, at Denver, Colorado.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge