IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02637-RM-MJW

JAVIER JOVEL a/k/a DAVID JOVEL AGUILAR,

Plaintiff,

v.

D. BERKEBILE, Warden,
T. HALL, Assistant Warden,
F. CORDOVA, Chief Medical Staff, and
A. OSAGIE, Physician Assistant,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's [Motion] Request (Docket No. 18) is GRANTED insofar as the Clerk is directed to mail a copy of the court's Order Setting a Telephonic Status Conference (Docket No. 13) to the following address:

Case Manager or Inmate Coordinator of:
Javier Jovel a/k/a David Jovel Aguilar #81315-198
Columbia County Prison
721 Iron Street
Bloomsburg, PA 17815

Date: November 6, 2013